| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SALLY YOUNG, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>*versus*<br><br>WEINSTEIN & RILEY, P.S., PALLIDA, L.L.C., and JOHN DOES 1-25,<br><br>　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:19-CV-164 |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulations of Dismissal (## 22 & 23), filed August 9, 2019, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 9th day of August, 2019.

*/s/ Marcia A. Crone*
　　MARCIA A. CRONE
　　UNITED STATES DISTRICT JUDGE